JODI LINKER
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  angela_hansen@fd.org

Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS LOPEZ,<br><br>        Defendant. | **Case No.:** CR 25–109 HSG<br><br>[~~PROPOSED~~] ORDER[1] RE: RELEASE TO NEW BRIDGE FOUNDATION INPATIENT TREATMENT PROGRAM |

On December 30, 2025, Luis Lopez and the parties appeared to address a Pretrial Services Violation Memorandum dated December 22, 2025, alleging, in part, the unlawful use of a controlled substance and Mr. Lopez's termination from New Bridge's Sober Living Environment due to his positive test and initial denial of substance use.  Pretrial Services

---

[1] The document filed by the Defendant at ECF No. 41 is entitled "stipulation" and proposed order.  However, the Court's understanding is that the government does not join in this request.  Accordingly, the Court has removed the reference to a "stipulation."

RELEASE ORDER
*LOPEZ*, CR 25–109 HSG

confirmed that New Bridge Foundation has agreed to accept Mr. Lopez back into their inpatient program for treatment.

For this reason, the Court ORDERS Mr. Lopez to report to New Bridge Foundation no later than 3:00 p.m. on December 30, 2025. He is directed to follow all of the rules of the facility and must remain at New Bridge Foundation for as long as recommended by the program and approved by Pretrial Services.

The Court FURTHER ORDERS that Mr. Lopez is not permitted to have or use a cellular telephone of any kind while he is in inpatient treatment.

IT IS SO ORDERED.

December 30, 2025
Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge